# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 11–cr–30079–DRH |
| ERIC HUMPHRIES, ) | |
| Defendant. ) | |

## ORDER REVOKING BOND

**WILLIAMS, Magistrate Judge:**

This matter is before the Court on the Government's Motion to Revoke (Doc. 14) the bond of Defendant Eric Humphries (Doc. 14). The Government alleges that Defendant violated one or more of his pretrial release conditions, as set by this Court in its June 2, 2011 Order Setting Conditions of Release (Doc. 10).

After conducting proceedings to revoke bond pursuant to Title 18, United States Code, Section 3148(b), the Court finds that there is probable cause to believe that Defendant committed a Federal, State, or local crime while on release. As a result, Defendant is subject to a rebuttable presumption that no condition or combination of conditions will assure that he will not pose a danger to the safety of any other person or the community. Defendant has failed to overcome this presumption.

**IT IS THEREFORE ORDERED** that Defendant Eric Humphries SHALL be **DETAINED** pending the resolution of these criminal proceedings.

Pursuant to **18 U.S.C. § 3142(i)(2)-(4)**, the Court **DIRECTS** that: (1) Defendant SHALL be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; (2) Defendant be afforded reasonable opportunity for private consultation with his counsel; and

(3) on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

**DATED: June 24, 2011**

*/s/ Stephen C. Williams*
STEPHEN C. WILLIAMS
United States Magistrate Judge