IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**ERIC HUMPHRIES,**

**Defendant.**     No. 11-30079-DRH

## ORDER

**HERNDON, Chief Judge**:

Pending before the Court is attorney Daniel Cronin's motion to withdraw as counsel (Doc. 25). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **APPOINTS** attorney William D. Stiehl, Jr., 2 Park Place Professional Centre, Belleville, Illinois 62221.

**IT IS SO ORDERED.**

Signed this 25th day of July, 2011.

Digitally signed by
David R. Herndon
Date: 2011.07.25
10:24:23 -05'00'

**Chief Judge**
**United States District Court**